# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| FREDERICK E. KREPPS AND MARGARET M. KREPPS, | : No. 314 MAL 2015 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| KHRISTIAN SNYDER, DPM AND CHERRY TREE FOOT AND ANKLE SPECIALISTS, P.C., | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.